UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER BUSBY, | ) | 1:04-cv-06639-AWI-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER REQUIRING COMPLIANCE** |
| | ) | **WITH SCHEDULING ORDER** |
| JO ANNE B. BARNHART, | ) | (Doc. 4) |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding with counsel in this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for benefits.

On August 1, 2005, plaintiff filed an Opening Brief (Doc. 13) with the INCORRECT caption, and the corresponding INCORRECT case number. Therefore, on August 2, 2005, via Minute Order (Doc. 14), the Court DIRECTED plaintiff to file an Amended Opening Brief with the CORRECT case information on or before August 5, 2005.

On August 2, 2005, plaintiff filed a second Opening Brief (Doc. 15), which the Court has reviewed.  The Court finds that

1

the second Opening Brief fails to comply with paragraph 11 of the Court's Scheduling Order (Doc. 4) that issued on December 2, 2004, and that was served on plaintiff.

The Court, on its own motion, hereby grants plaintiff an extension of time within which to comply with the directions of the Court set forth in the Scheduling Order.

Accordingly, plaintiff SHALL FILE, no later than **twenty (20) days** from the date of service of this Order, an Amended Opening Brief that complies with the requirements set forth in paragraph 11 of the Scheduling Order.

Defendant need not respond to plaintiff's second Opening Brief filed on August 2, 2005.  However, unless otherwise ordered by the Court, defendant shall respond to plaintiff's Amended Opening Brief by filing a responsive brief no later than **thirty (30) days** from the date of service of plaintiff's Amended Opening Brief. All other deadlines set forth in the Scheduling Order shall apply.

Plaintiff is forewarned that failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

Further, plaintiff is informed that if she fails to timely file an Amended Opening Brief, pursuant to this Order, that complies with the requirements of paragraph 11 of the Scheduling Order, the Court will issue Findings and a Recommendation to the District Court that this action be DISMISSED for plaintiff's failure to comply with an order of the Court.

1  Finally, plaintiff is informed that dismissal may result
2  from a failure to comply with this order.
3  IT IS SO ORDERED.
4  **Dated:     August 15, 2005                           /s/ Sandra M. Snyder                     **
   icido3                                    UNITED STATES MAGISTRATE JUDGE