McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BUSBY, ) | 1:04-cv-06639 AWI SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from October 12, 2005 to November 15, 2005.

///

///

///

///

///

///

1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                              Respectfully submitted,

Dated: October 6, 2005

                              /s/ Gina M. Fazio
                              (As authorized via facsimile)
                              /s/ GINA M. FAZIO
                              Attorney for Plaintiff


Dated: October 11, 2005       McGREGOR W. SCOTT
                              United States Attorney



                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney




IT IS SO ORDERED:



Dated: /10/12/2005

                               /s/ Sandra M. Snyder
                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge

2