```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  JENNIFER BUSBY,               ) 1:04-cv-06639 AWI SMS
                                  )
11            Plaintiff,          )
                                  )   STIPULATION AND ORDER
12       v.                       )   FOR REMAND PURSUANT TO
                                  )   SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,          )   § 405(g), and
    Commissioner of Social        )
14  Security,                     )   REQUEST FOR ENTRY OF JUDGMENT
                                  )   IN FAVOR OF PLAINTIFF AND
15            Defendant.          )   AGAINST DEFENDANT
    _____)
16
```

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   The purpose of the remand is to offer Plaintiff a new hearing, the opportunity to present new evidence, and a new decision.  The prior Administrative Law Judge decision will be vacated in its entirety.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge to re-evaluate whether the Plaintiff is capable of performing her past relevant work as an office clerical

worker, or obtain vocational expert testimony regarding the impact of the nonexertional limitations on the sedentary base and determine whether there are other jobs the Plaintiff can do.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff Jennifer Busby, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 1, 2005   /s/ Gina M. Fazio
                          (As authorized via facsimile)
                          GINA M. FAZIO
                          Attorney for Plaintiff

Dated: November 1, 2005   McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Kristi C. Kapetan
                          KRISTI C. KAPETAN
                          Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 3, 2005**          **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE